**William E. Schneider, appellee, v. Fort Dearborn Casualty Underwriters, appellant.**

Action on policy indemnifying against damage caused by automobile. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. Silas Cook, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 15, 1927.

Geers & Geers, for appellant. Beasley & Zulley, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

---

**James F. Keeley and John Keeley, trading as Keeley Brothers Contracting Company, plaintiffs in error, v. Illinois Glass Company. defendant in error.**

Action for damages for refusal to complete building contract. Judgment for defendant. Error to the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 15, 1927.

McGlynn & McGlynn, for plaintiffs in error. E. J. Verlie, for defendant in error.

Mr. Justice Higbee delivered the opinion of the court.

---

**Hazel Millard, appellee, v. Arcade Furniture Company, appellant.**

Action for personal injuries on poorly lighted stairway. Judgment for plaintiff. Appeal from the City Court of East St. Louis; the Hon. M. R. Sullivan, Judge, presiding. Heard in this court at the October term, 1926. Affirmed. Opinion filed April 15, 1927.

Pope & Driemeyer, for appellant. Farthing & Farthing, for appellee.

Mr. Justice Higbee delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Harry Clark and Irwin Hatridge, plaintiff in error.**

Conviction and sentence for violation of section 1 of "An Act for the protection of bank depositors." Error to the Circuit Court of Madison county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the October term, 1925. Affirmed in part and reversed in part. Opinion filed April 15, 1927. Rehearing denied July 29, 1927.

Turner, Holder & Bullington and H. J. Bandy, for plaintiff in error. Jesse R. Brown, for defendant in error.

Mr. Justice Higbee delivered the opinion of the court.

---

**Larner Leeds, appellant, v. Glen Nading and Paul Nading, appellees.**

Replevin for personalty wrongfully detained. Judgment against plaintiff. Appeal from the County Court of Wabash county; the Hon. F. N. Parish, Judge, presiding. Heard in this court at the March term, 1927. Reversed and remanded. Opinion filed April 15, 1927.

Frank Fornoff, for appellant. Stoltz & Lamkin, for appellees.

Mr. Justice Higbee delivered the opinion of the court.